■ LEONARD SADEK et al., Appellants, v SHOPPINGTOWN MALL, L.P., et al., Respondents. [730 NYS2d 897] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Murphy, J. (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.